# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-mj-00508-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| NICOLE RISPOLI, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Knief, Assistant United States Attorney, counsel for the United States of America, and T. Louis Palazzo, Esquire, counsel for defendant **NICOLE RISPOLI** that the preliminary hearing in the above-captioned matter, currently scheduled for August 4, 2015, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are still trying to resolve this matter prior to indictment.

2. Additionally, counsel will need additional time to discuss any resolution with the defendant.

3. Defendant is out of custody and does not oppose the continuance.

1

1  4. Denial of this request for continuance of the preliminary hearing would prejudice
2 both the defendant the Government and unnecessarily consume this Court's valuable resources,
3 taking into account the exercise of due diligence.
4  5. Additionally, denial of this request for continuance could result in a miscarriage
5 of justice.
6  6. The additional time requested by this stipulation, is excludable in computing the
7 time within which the defendant must be indicted and the trial herein must commence pursuant
8 to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), considering the factors under
9 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).
10  7. There have been no previous requests for continuance of the preliminary hearing
11 granted herein.

DATED this   3rd   day of August, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ T. Louis Palazzo                    */s/ Robert A. Knief*
T. LOUIS PALAZZO                   ROBERT A. KNIEF
Counsel for defendant              Assistant United States Attorney
**NICOLE RISPOLI**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-mj-00508-VCF |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY HEARING |
| NICOLE RISPOLI, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for August 4, 2015, at the hour of 4:00 p.m., be vacated and continued to September 8, 2015, at the hour of 4:00 p.m.

DATED this 4th day of August, 2015

_____
UNITED STATES MAGISTRATE JUDGE

3