# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-mj-00508-VCF |
| vs. | **ORDER** |
| NICOLE BROOKE RISPOLI, | |
| Defendant. | |

Before the court is the government's Motion to Dismiss Complaint (#8).

The government moves for the dismissal of the complaint (#1) filed in this matter on June 5, 2015 and that defendant be released from all conditions of supervision entered on July 21, 2015 (#5).

Accordingly,

IT IS HEREBY ORDERED that the government's Motion to Dismiss Complaint (#8) is GRANTED.

DATED this 19th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE